# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                                  Tel: 718-740-1000
Email: abdul@abdulhassan.com                          Fax: 718-740-2000
*Employment and Labor Lawyer*                      Web: www.abdulhassan.com

**October 21, 2020**

**Via ECF**

Hon. Paul E. Davison, USMJ
United States District Court, SDNY
300 Quarropas Street
White Plains, NY 10601

                 **Re: <u>Arzu v. Bronxville Gardens Co-Operative Apartments Corp. et al</u>**
                       **Case No. 20-CV-02679 (PED)**
                       **Fully Executed Settlement Agreement**

Dear Magistrate-Judge Davison:

       My firm represents plaintiff Melvin Arzu ("Plaintiff" or "Arzu") in the above-referenced action, and I respectfully write to provide the Court with the attached fully executed copy of the settlement agreement in this action. (Exhibit 1).

       The motion for approval (ECF No. 24), is now complete and it is respectfully requested that this Honorable Court approve the settlement agreement as fair and reasonable under the FLSA and *Cheeks*.

       We thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

   **cc:**      **Defense Counsels via ECF**