UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Arzu,

                      Plaintiff,

- *against* -

Bronxville Gardens Co-Operative Apartments Corp., et al.,

                      Defendants.

20 Civ. 2679 (PED)

**ORDER APPROVING SETTLEMENT**

**PAUL E. DAVISON, U. S. M. J.:**

By letter dated October 11, 2020, and ultimately docketed on October 13, 2020, the parties seek approval, pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), of their settlement of plaintiff's Fair Labor Standards Act ("FLSA") claims. [Dkt. 24.] The fully-executed settlement agreement appears on the docket. [Dkt. 26-1.]

Having reviewed the settlement agreement and the accompanying representations of counsel, the Court is satisfied that the settlement agreement is fair and reasonable.

Accordingly, the settlement agreement is **APPROVED**. This case is **DISMISSED WITH PREJUDICE**.

Dated: October 23, 2020
       White Plains, New York

SO ORDERED

_____
Paul E. Davison, U.S.M.J.